APPENDIX IN MACLEAN V. UNITED STATES, 04-448C

TABLE OF CONTENTS FOR APPENDIX

Certificate of Release . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

MacLean v. United States, EDVA No. 94-671A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Pacer Printout From April 27, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| MACLEAN, NORBERT "B" III | NAVY/USN | 156 72 0887 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| CTASR | E-1 | 71FEB10 | Year NA Month Day |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| MEPS NEWARK NJ | 800 OAK ST LAKEHURST NJ 08733 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| COMNAVSECGRU WASHINGTON DC | NAVAPLVACT WASHINGTON DC |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| N/A | Amount: $100,000.00 None |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

CTA-0000
X
X
X
X
X

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 89 | NOV | 01 |
| b. Separation Date This Period | 94 | AUG | 29 |
| c. Net Active Service This Period | 04 | 05 | 12 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 92 | DEC | 17 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

EXPERT RIFLE MARKSMANSHIP RIBBON/EXPERT PISTOL MARKSMAN RIBBON/NAVY "E" RIBBON/NATIONAL DEFENSE SERVICE MEDAL/.45 CALIBER PISTOL SHARPSHOOTER RIBBON/JOINT SERVICE ACHIEVEMENT MEDAL/LETTER OF COMMENDATION//

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)

CT "A" SCHOOL, 8 WKS, 90 MAY/POIC, 1 WK, 91 JAN//
X
X

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | NONE |

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION X Yes No

18. REMARKS

"THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OR WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILITY FOR, AND/OR CONTINUED COMPLIANCE WITH, THE REQUIREMENTS OF A FEDERAL BENEFIT PROGRAM".

X
X
X
X

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 1601 18TH ST NW UNIT 209 WASHINGTON DC 20009 | NORBERT B. MACLEAN (FATHER) 199 GARFIELD AVE TOMS RIVER NJ 08757 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO DIR. OF VET AFFAIRS | Yes X | No |
|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| [signature] | D. L. NORADILLA, PNC, USN, OFFSUPV, BY DIRECTION [signature] |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGED | BAD CONDUCT |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MILPERSMAN 3640420 GNSCMOND 94-831 DTD 94AUG29 | JJD-902 | RE-4 |

28. NARRATIVE REASON FOR SEPARATION

COURT-MARTIAL CONVICTION

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|
| 92MAR25 TO 92AUG11 | [initials] |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BASIL MACLEAN III,<br><br>Plaintiff,<br><br>UNITED STATES NAVY;<br>HONORABLE H. LAWRENCE GARRETT III,<br>FORMER SECRETARY OF THE NAVY;<br>HONORABLE SEAN O'KEEFE, FORMER<br>ACTING SECRETARY OF THE NAVY;<br>ADMIRAL FRANK B. KELSO II, FORMER<br>ACTING SECRETARY OF THE NAVY;<br>REAR ADMIRAL JOHN GORDON,<br>FORMER NAVY JUDGE ADVOCATE<br>GENERAL; REAR ADMIRAL R. C. JONES,<br>FORMER COMMANDANT, NAVAL DISTRICT<br>WASHINGTON, D.C.; COMMANDER ROBERT<br>W. COSGRIFF, FORMER COMMANDING<br>OFFICER, NAVAL SECURITY STATION;<br>LIEUTENANT COMMANDER RICHARD L.<br>ROSSER; LIEUTENANT COMMANDER LISA<br>R. STALLINGS; MAJOR JIMMY ADKINS,<br>COMMANDING OFFICER, MARINE CORPS<br>BRIG, MCCDC, QUANTICO, VIRINIGA;<br>SPECIAL AGENT KIMBERLY L.<br>PHILLIPS, NAVAL CRIMINAL<br>INVESTIGATIVE SERVICE; and<br>HONORABLE JOHN DALTON<br>SECRETARY OF THE NAVY<br>OFFICE OF THE GENERAL COUNSEL<br>DEPARTMENT OF THE NAVY<br>WASHINGTON, D.C. 20350-1000,<br><br>Defendants. | Case No. 94-671-A |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

### STATEMENT OF JURISDICTION

Under Title 28 of the United States Code Section [redacted], the United States District Court for the Eastern District of Virginia has jurisdiction of this case in that the action(s) arose by and

Commander Cosgriff to the Secretary of the Navy via the Commandant of Naval District Washington. The Honorable Court should note that the plaintiff's 138 Complaint named Commander Cosgriff as the respondent; and Commander Cosgriff preferred charges against the plaintiff two months after the plaintiff filed the complaint. Honorable Court should additionally note that the 138 Complaint was coincidentally acted on by the same convening authority that convened the plaintiff's Court-Martial, Rear Admiral Jones.

21. The Secretary of the Navy in the Spring of 1993 ruled in part on behalf of the plaintiff and reinstated the plaintiff to Petty Officer and ordered back pay and his Navy service record be corrected.

22. The actions of Commander Cosgriff, using his influence for personal gain in a military tribunal; along with Rear Admiral Jones' failure to remove Commander Cosgriff from all matters relating to the plaintiff's pre-trial matters; coupled with the advise of the investigating officer that reasonable grounds do not exists for the charges alleged against the plaintiff; and further coupled with Rear Admiral Jones' own staff judge advocate recommending the plaintiff be taken out of the brig as soon as possible and Rear Admiral Jones writing not before 14 August 1992 constitutes false imprisonment and cruel and unusual punishment.

23. The acts of Commander Cosgriff and Rear Admiral Jones, were done with the purpose and intent of subjecting the plaintiff to cruel and unusual punishment; which directly violated the

---

that complaint.

thought if the plaintiff got his hands on a pen and paper that he would be a grave damager to the entire Brig population.

19. Plaintiff was restrained by means of barriers, he was further intimidated by threats which forced the plaintiff into compliance with the order. The restraint was against the plaintiff's will. Plaintiff provides a prima facie case that his restraint is consistent with a claim for intentional breach of a duty to take active steps to release the plaintiff from confinement in which the plaintiff was properly (procedurally) placed. The Convening Authority's failure to release the plaintiff from the Brig after the Article 32 Investigation and the advice of LCDR Buechler, equates to cruel and unusual punishment by Rear Admiral Jones, which is sufficient to claim false imprisonment and moreover deprived the plaintiff of his eighth amendment right to the United States Constitution.

20. Additionally, Commander Cosgriff misrepresented the facts which led to the plaintiff's confinement at the military tribunal which was to determine the plaintiff's continued confinement. The Secretary of Navy should have disqualified Commander Cosgriff from handling the plaintiff's pre-trial matters, because <u>two months prior</u> to charges being preferred against him for a Court-Martial, by Commander Cosgriff; the plaintiff filed a complaint under 10 U.S.C. Section 938 (Article 138, UCMJ)("the 138 Complaint") [4] on

---

[4] 10 U.S.C. 938 provides <u>inter alia</u>, Any member of the armed forces who believes himself wronged by his Commanding Officer, and who, upon due application to that Commanding Officer....may complaint to any superior commissioned officer....and he shall, as soon as possible, send the Secretary concerned a true statement of

WHEREFORE, plaintiff demands judgment against the United States Navy, Rear Admiral Jones, Commander Cosgriff, Lieutenant Commander Rosser and Special Agent Phillips in the sum of $5,000,000.00. Plaintiff further requests he recover the costs of this action together with any other relief that this Honorable Court determines is just and equitable.

Respectfully submitted this 23rd day of May, 1994.

Norbert Basil MacLean III
1601 18th Street, N.W.
Suite 209
Washington, D.C. 20009

# U.S. Party/Case Index

## All Types Name Search Results

**35 Total Party matches for selection MACLEAN, NORBERT for ALL COURTS**
**Search Complete**
**Tue Apr 27 12:13:13 CDT 2004**
**Selections 1 through 35 (Page 1)**

Download (1 pages $ 0.00)

### Bankruptcy Cases

| | Name | Court | Case No. | Filed | Chapter |
|---|---|---|---|---|---|
| 1 | MACLEAN, NORBERT BASIL, III | casbke | 00-07628 | 07/31/2000 | 7 |

### Civil Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 2 | MACLEAN, NORBERT BASIL | vaedc | 1:1994cv00671 | 05/23/1994 | 440 | 09/16/1994 |
| 3 | MACLEAN, NORBERT BASIL | vaedc | 1:1994cv01681 | 12/21/1994 | 440 | 05/11/1995 |
| 4 | MACLEAN, NORBERT BASIL | njdc | 2:1995cv00074 | 01/03/1995 | 895 | 03/06/1996 |
| 5 | MACLEAN, NORBERT BASIL | casdc | 3:1996cv00113 | 01/24/1996 | 550 | 09/16/1997 |
| 6 | MACLEAN, NORBERT BASIL | casdc | 3:1996cv00147 | 01/26/1996 | 550 | 06/05/1998 |
| 7 | MACLEAN, NORBERT BASIL | flmdc | 8:1996cv00612 | 03/28/1996 | 550 | 04/03/1996 |
| 8 | MACLEAN, NORBERT BASIL | casdc | 3:1996cv00627 | 04/08/1996 | 550 | 03/24/1997 |
| 9 | MACLEAN, NORBERT BASIL | casdc | 3:1997cv00227 | 02/10/1997 | 530 | 03/06/1998 |
| 10 | MACLEAN, NORBERT BASIL | flmdc | 8:1997cv01112 | 04/30/1997 | 555 | 01/05/1998 |
| 11 | MACLEAN, NORBERT BASIL | cacdc | 2:1997cv02986 | 04/25/1997 | 550 | 05/12/1997 |
| 12 | MACLEAN, NORBERT BASIL | casdc | 3:1998cv01197 | 06/30/1998 | 550 | 07/20/1998 |
| 13 | MACLEAN, NORBERT BASIL | cacdc | 2:1998cv06662 | 08/14/1998 | 890 | 08/20/1998 |
| 14 | MACLEAN, NORBERT BASIL | casdc | 3:1999cv00328 | 02/25/1999 | 550 | 03/11/1999 |
| 15 | MACLEAN, NORBERT BASIL | casdc | 3:1999cv01249 | 06/16/1999 | 530 | 06/24/1999 |
| 16 | MACLEAN, NORBERT BASIL | cacdc | 2:1999cv02667 | 03/16/1999 | 550 | 01/12/2001 |
| 17 | MACLEAN, NORBERT BASIL | casdc | 3:2001cv01642 | 09/10/2001 | 441 | 09/17/2001 |
| 18 | MACLEAN, NORBERT BASIL | casdc | 3:2002cv02250 | 11/14/2002 | 440 | 06/06/2003 |
| 19 | MACLEAN, NORBERT BASIL | casdc | 3:2003cv00734 | 04/14/2003 | 895 | 08/15/2003 |
| 20 | MACLEAN, NORBERT BASIL | casdc | 3:2003cv01359 | 07/10/2003 | 440 | 09/11/2003 |
| 21 | MACLEAN, NORBERT BASIL, III | dcdce | 1:1994cv00259 | 02/10/1994 | 430 | 08/31/1994 |
| 22 | MACLEAN, NORBERT BASIL, III | njdce | 2:1995cv00074 | 01/03/1995 | 895 | 03/06/1996 |
| 23 | MACLEAN, NORBERT BASIL, III | dcdce | 1:1995mc00178 | 06/05/1995 | 0 | 04/07/1997 |
| 24 | MACLEAN, NORBERT BASIL, III | cacdce | 2:1997cv02986 | 09/01/2000 | 550 | 01/12/2001 |
| 25 | MACLEAN, NORBERT BASIL, III | cacdce | 2:1998cv06662 | 08/14/1998 | 890 | 08/20/1998 |
| 26 | MACLEAN, NORBERT BASIL, III | cacdce | 2:1999cv02667 | 03/16/1999 | 550 | 01/12/2001 |

27 MACLEAN, NORBERT BASIL, III cofce 1:2004cv00448 03/18/2004 356

Criminal Cases

| | Name | Court | Case No. | Filed | Closed |
|---|---|---|---|---|---|
| 28 | MACLEAN, NORBERT BASIL, III | dcdce | 1:1995mj00080 | 02/06/1995 | |

Appellate Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 29 | MACLEAN, NORBERT BASIL | 09ca | 00-70396 | 04/07/2000 | 0 | 05/31/2000 |
| 30 | MACLEAN, NORBERT BASIL | 09ca | 01-56571 | 09/14/2001 | 3441 | 02/14/2002 |
| 31 | MACLEAN, NORBERT BASIL | 04ca | 95-1236 | 02/15/1995 | 3440 | 05/01/1995 |
| 32 | MACLEAN, NORBERT BASIL | 09ca | 96-56302 | 09/10/1996 | 3550 | 01/09/1997 |
| 33 | MACLEAN, NORBERT BASIL | 09ca | 97-56650 | 12/10/1997 | 3550 | 12/24/1997 |
| 34 | MACLEAN, NORBERT BASIL | 09ca | 99-55625 | 04/22/1999 | 3550 | 07/13/2000 |
| 35 | MACLEAN, NORBERT BASIL | 09ca | 99-71439 | 11/08/1999 | 0 | 11/19/1999 |

**PACER Service Center**

**Transaction Receipt**

04/27/2004 12:13:13

| | | | |
|---|---|---|---|
| **PACER Login:** | us3906 | **Client Code:** | |
| **Description:** | All Types srch pg 1 | **Search Criteria:** | MACLEAN, NORBERT |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |

**U.S. Party/Case Index - Home**

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal

**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports

**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

??? Help