IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORBERT BASIL MACLEAN III, )
)
Plaintiff, )
)
v. ) No. 04-448C
) (Judge Williams)
UNITED STATES OF AMERICA, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Gerald M. Alexander as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

GERALD M. ALEXANDER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: May 20, 2004

s/Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice