IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORBERT BASIL MACLEAN III, Plaintiff, | ) | |
| v. | ) | No. 04-448C (Judge Williams) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE, OUT OF TIME, A MOTION TO ENLARGE DEFENDANT'S TIME TO FILE ITS MOTION TO DISMISS

Defendant respectfully requests the Court to enlarge by three days, to and including May 20, 2004, the time within which we may file our motion to dismiss. Pursuant to the Court's Order dated May 14, 2004, defendant's motion to dismiss was due on May 17, 2004, and therefore, this request is out of time. This is the Government's first request for an enlargement of time for this purpose. Counsel for the plaintiff has represented that plaintiff does not oppose this motion.

Defendant filed a motion to dismiss the complaint on May 13, 2004. However, defendant's former counsel inadvertently mislabeled our pleading when he submitted it electronically. In addition, our motion bore an incorrect date. Because of those errors, the Court issued an Order rejecting our motion on May 14, 2004, and ordered us to refile it by May 17, 2004. Accordingly, we require a three-day enlargement of time, to and including May 20, 2004, to file our motion to dismiss.

Defendant further requests that the Court grant it leave to file this motion out of time. Defendant's counsel learned that he had been assigned to this matter on May 18, 2004. Defendant's counsel was informed that defendant had filed a motion to dismiss on May 13, 2004, and that there was no need for him to take any immediate action. On May 20, 2004, however, defendant's counsel received a letter from plaintiff's counsel noting that the Court had issued an Order on May 14, 2004, and that defendant was required to refile its motion to dismiss by May 17, 2004. Upon learning of this situation, defendant's counsel immediately took the appropriate steps to remedy this situation. Accordingly, defendant respectfully requests that the Court enlarge the time within which it may respond to plaintiff's complaint in this matter to May 20, 2004, and that it grant this motion out of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella

JAMES M. KINSELLA
Deputy Director

s/Gerald Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. St., N.W.,
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

May 20, 2004

Attorneys for Defendant