# In the United States Court of Federal Claims

**04-0448C**
**(Filed May 24, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **NORBERT BASIL MACLEAN, III.** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE, OUT OF TIME, A MOTION TO ENLARGE DEFENDANT'S TIME TO FILE ITS MOTION TO DISMISS**

---

On May 20, 2004, Defendant filed an unopposed motion for leave to file out of time, a motion to enlarge Defendant's time to file its motion to dismiss by three days, to and including May 20, 2004. Plaintiff does not oppose this motion. Good cause having been shown, this motion is **GRANTED NUNC PRO TUNC.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**