**EXHIBIT B**

# Washington Post, February 16, 1994

# AREA BANKS TAKEN TO COURT OVER ROLE IN A NAVY PROBE

*William F. Powers Washington Post Staff Writer*

February 16, 1994; Page D1

**Norbert B. MacLean** III, a 23-year-old former Alexandria resident, says he has a major beef with several Washington banks. He claims they helped cut short a promising career in the U.S. Navy, by improperly turning over his financial records to the service In an unusual lawsuit filed last week in U.S. District Court for the District of Columbia, MacLean alleges that Riggs National Bank, American Security Bank, Citibank's District savings bank, and two out-of town institutions owned by Citibank and Sears, Roebuck and Co., violated his privacy by providing Navy investigators with checking account records and other data about him.

The Navy obtained the information while investigating checks that MacLean bounced -- violations for which he was discharged. The most detailed of MacLean's allegations is against Riggs, from which MacLean is seeking $2 million in damages. MacLean, who now lives in Florida, had checking and savings accounts with the bank when he lived in this area from 1990 until about a year ago.

An enlisted man trained as a cryptologist, he worked here first as an administrative aide to senior Navy intelligence officers. Later, he worked in a similar low-level job on the staff of Ambassador Richard Armitage, who at the time was working for the Bush administration, negotiating a military base agreement with the Philippines.
MacLean, who was highly praised by his Navy superiors in performance evaluations, said in the suit that when the Naval Investigative Service went to Riggs as part of an inquiry into his finances, the head of the bank's security division gave it information about his accounts, without his consent. A military court transcript quotes a special Navy agent as saying she obtained account information from Riggs without any type of subpoena. The suit says that violated federal financial privacy laws.

According to documents filed in connection with the suit and others provided by MacLean, Riggs told the Navy that MacLean had bounced several checks after wiring $600 from his account to an account he had at Dominion Bank in Roanoke.
As a result of this and charges of forgery and unexplained absences, in April 1992 MacLean was put in confinement in the Marine Corps brig at Quantico for 118 days. He was subsequently courts-martialed and sentenced to be dishonorably discharged from the Navy. He pleaded guilty to 12 counts of larceny for writing bad checks (not the Riggs checks, however). He says he pleaded guilty because he was told that was the only way to avoid serving further jail time.

Riggs, Citibank and NationsBank, which now owns American Security Bank, said they do not comment on pending litigation. Sears said it had not been served court papers and could not comment.

At this point, the case is full of mysteries. MacLean said he never wired any money to Dominion. First Union National Bank, which acquired Dominion, provided an affidavit that is part of the court file, stating that MacLean never had an account there. In sworn testimony before a military judge, the Navy special agent testified that the wire transfer was signed by a Riggs official, but not by MacLean.

MacLean also is preparing a separate civil rights case against the Navy, which he said will allege that the entire investigation of his finances was undertaken to get him out of the service because he is gay. He is appealing his discharge sentence. "If the banks would have exercised due care in the privacy of my financial records, as they're required by the law, this whole escapade probably would have been prevented," MacLean said yesterday. Whether or not he wins his various legal battles, he said that working on his own cases against the banks and the Navy has convinced him to make a career change. He is going to attend law school.