**EXHIBIT C**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NORBERT BASIL MacLEAN III,

Plaintiff,

v.

RIGGS NATIONAL BANK, et al.,

Defendant.

Civil Action No. 94-259

FILED

AUG 07 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Plaintiff's Ex Parte Application to Unseal Navy General Court-Martial Subpoenas, and the lack of opposition thereto, it is hereby ORDERED that the Clerk of the Court unseal all Navy General Court-Martial subpoenas in this matter that may be under court-ordered seal.

John D. Bates
United States District Judge

Signed this 7th day of August, 2003



118

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORBERT BASIL MACLEAN III,

Plaintiff,

v.

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C., et al.,

Defendants.

Civil Action No. 94-259 (CRR/JDB)[1]

RESPONSE OF AMICUS CURIAE UNITED STATES ATTORNEY'S OFFICE TO ORDER TO SHOW CAUSE

By Order filed July 17, 2003, the Court directed defendants and amicus United States Attorney for the District of Columbia to show cause, if any, why plaintiff's ex parte application to unseal Navy General Court-Martial subpoenas should not be granted. Pursuant to the Court's subsequent August 5, 2003 Order, amicus hereby responds that it is not aware of any reason why those subpoenas should be maintained under seal; however, because the amicus was unable to complete its investigation of this matter within the time allowed by the Court, amicus cannot advise the

[1] This case was last assigned to the late Judge Charles R. Richey. The Court's electronic civil docket indicates that plaintiff's pending motion is before the Hon. John D. Bates as motions judge. On March 28, 1994, when the United States Attorney's Office filed its original amicus curiae brief in this action, Judge Bates was the Chief of the Office's Civil Division, and his name appears on that brief as counsel for the amicus, although the brief was not manually signed by him. The United States Attorney's Office has no objection to Judge Bates adjudicating the pending motion or presiding over any other remaining matters in this case, and is providing this information merely to enable Judge Bates to consider its significance, if any, as to his possible recusal.

Court whether or not sealing of the material in question was or is consistent with the law of this Circuit.

No federal official or agency is a party to this action. The United States Attorney for the District of Columbia participated in the case as amicus curiae pursuant to an order entered on March 11, 1994, by Judge Richey, to whom the case was then assigned. Judge Richey ordered that the United States Attorney or his designated representative serve as amicus to advise the Court whether certain material submitted by the plaintiff on February 14, 1994, along with an emergency motion to seal part of the record, should be sealed under prevailing Circuit law.

The material in question in 1994 consisted of a Prosecutive Summary prepared by the U.S. Naval Investigative Service and a transcript of testimony given during an Article 32 (10 U.S.C. § 832) investigation. After that material was reviewed by an Assistant United States Attorney and a lawyer from the Department of the Navy,[2] the United States Attorney's Office, as amicus, advised the Court that sealing the material would *not* be consistent with prevailing Circuit law. Neither the United States Attorney's Office nor, to our knowledge, any other Federal government entity had any other role in the litigation of the case.

The Navy General Court-Martial subpoenas that are the subject of plaintiff's pending motion appear to be entirely different documents from the Prosecutive Summary and transcript that were the

---

[2] Judge Richey's March 11, 1994 Order directed the Court's Clerk to make the material available for amicus to review.



PAGE 31/48 * RCVD AT 5/25/04 10:04:51 AM [Pacific Daylight Time] * SVR:SDCS01/1 * DNIS:7071 * CSID: * DURATION (mm-ss):14-24

subject of the United States Attorney's Office's 1994 amicus curiae brief. So far as amicus has been able to determine, those subpoenas were not placed under seal at the request of any federal entity, and no federal entity was asked to express an opinion as to whether it was proper to seal the subpoenas under controlling law at the time they were sealed. Amicus has been unable to obtain copies of the subpoenas to review, or to discover the reason(s) why the subpoenas were ordered sealed by Judge Richey in the first place.

Immediately upon receipt of the Court's July 17 show cause order amicus initiated contact with the Department of the Navy to investigate whether there is any federal interest in this matter and any reason, consistent with controlling law, to keep the subpoenas under seal. The completion of that investigation would require further consultation with a Department of the Navy attorney who is currently attending a training course and will not return to his office until the end of this week. The Court, however, has directed amicus to respond to the show cause order by no later than 5:00 p.m. today (*i.e.*, August 7, 2003). Consequently, amicus will be unable to complete its investigation and analyze the legal issue raised in the Court's show cause order by this deadline.

Although amicus is unable to express an opinion analogous to its 1994 amicus curiae brief about whether the subpoenas that are the subject of plaintiff's pending motion should remain sealed, the limited factual information currently known to amicus establishes no apparent reason for sealing the subpoenas. Consequently, amicus

does not oppose grant of plaintiff's application to unseal those documents.

Respectfully submitted,

ROSCOE C. HOWARD, Jr, D.C. Bar #246470
United States Attorney

MARK E. NAGLE, D.C. Bar #416364
Assistant United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Response of Amicus Curiae United States Attorney's Office to Order to Show Cause was served on August 7, 2003, by mailing a copy thereof, first-class postage prepaid, to the following:

MR. NORBERT BASIL MACLEAN, III
2035 CABLE STREET
SAN DIEGO, CA 92107

DEBORAH BRAND BAUM, ESQ.
SHAW, PITTMAN
2300 N STREET, N.W.
WASHINGTON, D.C. 20037

MARK BUTLER BIERBOWER, ESQ.
HUNTON & WILLIAMS
1900 K STREET, N.W.
WASHINGTON, D.C. 20006

DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney
Judiciary Center Building, Rm. 10-417
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7168

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORBERT BASIL MACLEAN, III,<br>Plaintiff,<br>v.<br>RIGGS BANK N.A.<br>Defendant. | Civil Action No. 94-259 |

**RESPONSE OF DEFENDANT RIGGS BANK N.A. TO PLAINTIFF'S MOTION TO UNSEAL RECORDS**

Defendant Riggs Bank N.A., by its counsel, hereby responds to the Court's July 17, 2003 Order to Show Cause, and states that it has no objection to the Court granting Plaintiff's application to unseal the United States Navy's General Court Martial Subpoenas.

Dated: August 1, 2003

Respectfully submitted,

Deborah B. Baum

Deborah B. Baum (# 393019)
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Phone: 202-663-8000

Attorneys for Defendant
Riggs Bank N.A.

Rec'd 6/12/12 3:45
cc 822
EMarshall

COPY

**SUBPOENA**

GENERAL COURT-MARTIAL OF THE UNITED STATES
NAVAL LEGAL SERVICE OFFICE
WASHINGTON, D.C.

FILED
FEB 10 1994
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

THE PRESIDENT OF THE UNITED STATES, to Ms. Elizabeth Marshall
American Security Bank
2201 C Street, N.W.
Washington, D.C. 20520

94 0259

You are hereby summoned and required to produce by the 6th day of July 1992, at the Office of the Senior Trial Counsel, Naval Legal Service Office, Building 200, Washington Navy Yard, Washington, D.C. 20374-2003 (Attention: LCDR Lisa R. Stallings, JAGC, USN), the following material:

all correspondence between your institutuion and Mr. Norbert B. Maclean III, SSN 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 as well as any original cancelled checks (or copies of such if you no longer possess the originals) prepared on any account in the name (either jointly or singly) of Mr. Maclean, the account summary or credit history of Mr. Maclean, any original checks deposited into these accounts, and any original deposit slips (or copies of such checks and slips if you no longer possess the originals).

The materials to be produced are required for the ARTICLE 32 INVESTIGATION and subsequent General Court-Martial of the United States v. Norbert B. Maclean, CTASN, USN, 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.

COMPLIANCE WITH THIS SUBPOENA MAY BE ACCOMPLISHED BY MAIL. Questions may be directed to LCDR Lisa R. Stallings, JAGC, USN, 202-433-3486.

Failure to comply with this subpoena may be punishable by a fine of not more than $500 or imprisonment for a period not exceeding six months, or both (10 U.S.Code 847). Failure to comply may also result in your being taken into custody and brought before the court-martial under a Warrant of Attachment.

SUBSCRIBED AT WASHINGTON, D.C. this 12th day of June 1992.

Lisa R. Stallings
LISA R. STALLINGS, LCDR JAGC, USN

The witness is requested to sign one copy of this subpoena and to return the signed copy to the person serving this subpoena.

J. Marshall (name)

June 12, 1992 (date)

**SUBPOENA**

GENERAL COURT-MARTIAL OF THE UNITED STATES
NAVAL LEGAL SERVICE OFFICE
WASHINGTON, D.C.

COPY

THE PRESIDENT OF THE UNITED STATES, to Ms. Elizabeth Marshall
American Security Bank
2201 C Street, NW
Washington, D.C. 20520

You are hereby summoned and required to produce by the ~~19th~~ 6th day of ~~June~~ July 1992, at the Office of the Senior Trial Counsel, Naval Legal Service Office, Building 200, Washington Navy Yard, Washington, D.C. 20374-2003 (Attention: LT Richard L. Rosser, JAGC, USNR), the following material: KLP

all correspondence between your institution and Mr. Norbert B. Maclean III, SSN 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 as well as any original cancelled checks (or copies of such if you no longer possess the originals) prepared on any account in the name (either jointly or singly) of Mr. Maclean, and the account summary or credit history of Mr. Maclean.

The materials to be produced are required for the ARTICLE 32 INVESTIGATION and subsequent General Court-Martial of the <u>United States v. Norbert B. Maclean</u>, CTASN, USN, 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.

COMPLIANCE WITH THIS SUBPOENA MAY BE ACCOMPLISHED BY MAIL. Questions may be directed to LT Richard L. Rosser, JAGC, USNR, 202-433-3485.

<u>Failure to comply with this subpoena may be punishable by a fine of not more than $500 or imprisonment for a period not exceeding six months, or both (10 U.S.Code 847). Failure to comply may also result in your being taken into custody and brought before the court-martial under a Warrant of Attachment.</u>

SUBSCRIBED AT WASHINGTON, D.C. this 3rd day of June 1992.

Richard L. Rosser
RICHARD L. ROSSER, LT, JAGC, USNR

The witness is requested to sign one copy of this subpoena and to return the signed copy to the person serving this subpoena.

E. Marshall (name) June 11, 1992 (date)

DEPARTMENT OF THE NAVY
NAVAL INVESTIGATIVE SERVICE
RESIDENT AGENCY WASHINGTON
WASHINGTON NAVY YARD
WASHINGTON, DC 20374-2001

COPY

IN REPLY REFER TO

01JUN92

RECEIVED ... 9 1992

KATHY HOBAN
CITIBANK CLASSIC VISA
701 EAST 60th STREET NORTH
SIOUX FALLS, SD 57117

DEAR MS. HOBAN:

Enclosed you will find a subpoena issued by the TRIAL COUNSEL for the GENERAL COURT MARTIAL against Norbert B. Maclean, III. Thank you for your assistance and cooperation in advance. I have been in contact with Vicki Yeager at the Hagerstown, MD, office, and she advised me to contact you. I have attempted to telephone; however, the number I have (605) 331-1855, has been busy every time I've called. If there are any questions, please contact me at (202) 433-3858.

Sincerely,

Kimberly L. Phillips, Special Agent
Naval Investigative Service
NISRA Washington, DC
Building 200, WNY
Washington, DC 20374

SUBPOENA

GENERAL COURT-MARTIAL OF THE UNITED STATES
NAVAL LEGAL SERVICE OFFICE
WASHINGTON, D.C.

COPY

THE PRESIDENT OF THE UNITED STATES, to Ms. Kathy Hctan
701 East 60th Street
Sioux Falls, SD 57117

You are hereby summoned and required to produce by the 9th day of June 1992, at the Office of the Senior Trial Counsel, Naval Legal Service Office, Building 200, Washington Navy Yard, Washington, D.C. 20374-2003 (Attention: LT Richard L. Rosser, JAGC, USNR), the following material:

All correspondence between your institution and Mr. Norbert B. Maclean III, SSN 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 as well as any original cancelled checks (or copies of such if you no longer possess the originals) prepared on any account in the name (either jointly or singly) of Mr. Maclean, and the account summary or credit history of Mr. Maclean.

The materials to be produced are required for the ARTICLE 32 INVESTIGATION and subsequent General Court-Martial of the United States v. Norbert B. Maclean, CTASN, USN, 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.

COMPLIANCE WITH THIS SUBPOENA MAY BE ACCOMPLISHED BY MAIL. Questions may be directed to LT Richard L. Rosser, JAGC, USNR, or LT Brian Rippel at 202-433-3485.

Failure to comply with this subpoena may be punishable by a fine of not more than $500 or imprisonment for a period not exceeding six months, or both (10 U.S.Code 847). Failure to comply may also result in your being taken into custody and brought before the court-martial under a Warrant of Attachment.

SUBSCRIBED AT WASHINGTON, D.C. this 29th day of May 1992.

Richard L. Rosser
RICHARD L. ROSSER, LT, JAGC, USNR

The witness is requested to sign one copy of this subpoena and to return the signed copy to the person serving this subpoena.

______________________________ ______________________________
Name (Date)

COPY

## SUBPOENA

GENERAL COURT-MARTIAL OF THE UNITED STATES
NAVAL LEGAL SERVICE OFFICE
WASHINGTON, D.C.

THE PRESIDENT OF THE UNITED STATES, to Ms. Lucy Bledsoe
Sears Credit Card
7023 Albert Pick Road
Greensboro, NC 27409

You are hereby summoned and required to produce by the 27th day of May 1992, at the Office of the Senior Trial Counsel, Naval Legal Service Office, Building 200, Washington Navy Yard, Washington, D.C. 20374-2003 (Attention: LT Richard L. Rosser, JAGC, USNR), the following material:

> all correspondence between your instituion and Mr. Norbert B. Maclean III, SSN 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 as well as any original cancelled checks (or copies of such if you no longer possess the originals) prepared on any account in the name (either jointly or singly) of Mr. Maclean, the account summary or credit history of Mr. Maclean, and a description of the items purchased by Mr. Maclean on his Sears Credit Card.

The materials to be produced are required for the ARTICLE 32 INVESTIGATION and subsequent General Court-Martial of the United States v. Norbert B. Maclean, CTASN, USN, 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.

COMPLIANCE WITH THIS SUBPOENA MAY BE ACCOMPLISHED BY MAIL. Questions may be directed to LT Richard L. Rosser, JAGC, USNR, 202-433-3465.

Failure to comply with this subpoena may be punishable by a fine of not more than $500 or imprisonment for a period not exceeding six months, or both (10 U.S.Code 847). Failure to comply may also result in your being taken into custody and brought before the court-martial under a Warrant of Attachment.

SUBSCRIBED AT WASHINGTON, D.C. this 18th day of May 1992.

Richard L. Rosser
RICHARD L. ROSSER, LT, JAGC, USNR

The witness is requested to sign one copy of this subpoena and to return the signed copy to the person serving this subpoena.

[signature] (name) 6-16-92 (date)