**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT BASIL MACLEAN III, Plaintiff, v. UNITED STATES NAVY, Defendant. | Case No.: 02cv01359-W (LSP) **DECLARATION OF LIEUTENANT COMMANDER MYLES BROOKS, USN** |

**DECLARATION OF LIEUTEANT COMMANDER MYLES BROOKS, USN**

I, Myles Brooks, declare that the following is true and correct to the best of my knowledge:

1. I am a Lieutenant Commander on active duty in the United States Navy. I am currently assigned to the Navy-Marine Corps Appellate Review Activity (Code 40) in the Office of the Judge Advocate General, Washington, DC, where I serve as the Director of the Administrative Support Division. I am responsible for the handling of all records of trial forwarded by Navy and Marine Corps Commands, for review by the Navy-Marine Corps Court of Criminal Appeals.

2. On or about June 26, 2003, I received from Ms. Doris Lama, of the Department of the Navy Privacy Act/FOIA Policy Branch, a FOIA request for information originally submitted by Plaintiff to her office. Plaintiff's FOIA request sought the release of five documents he believed should have been included in the record of trial from his general court-martial conviction.

///



PAGE 43/48 * RCVD AT 5/25/04 10:04:51 AM [Pacific Daylight Time] * SVR:SDCS01/1 * DNIS:7071 * CSID: * DURATION (mm-ss):14-24

3. On June 26, 2003, the same day I received the request, I searched this office and discovered a certified copy of Plaintiff's record of trial, maintained by this office. My search revealed the existence of four of the five documents Plaintiff had requested. I copied those documents, secured them, and continued my search for the fifth and final document, which was not in this office's certified copy of Plaintiff's record.

4. On June 26, 2003, I continued my search and ordered the original record of trial from the Archives at 4205 Suitland Road, Suitland, Maryland, in order to locate the remaining document. This record was received on June 30, 2003, and at that time, it was determined that the remaining document was not contained in the original record of trial.

5. In early July, further efforts to locate the document were made. In this regard, I contacted Mrs. Pat Calobong, in the Staff Judge Advocates Office for Commander, Naval Security Group, Ft. Meade, Maryland to determine if any records from the Trial of Mr. MacLean were still maintained. I was informed that they were not still maintained.

6. On July 3, 2003, I sent Plaintiff's counsel, Chad R. Fuller, Esquire, a letter by U.S. Mail. In this initial response, I forwarded four of five documents that had been requested ("IO Exhibits 22 through 25"). These documents were retrieved from the certified copy of the record of trial that was held within this office. However, the remaining item requested ("Enclosure 3 of the UCMJ article 34 pretrial advice dated 2 August 1992, CO, NAVSECSTA ltr 5811 Ser 10/630 of 31 Jul 92") could not be located in that copy of the record of trial, and the item had not been found in any other search for the item to date. In this letter, I informed Mr. Fuller that the remaining document he had requested could not be located and that further efforts were being made to locate this document.

7. On or about July 8, 2003, I responded, again, to Plaintiff's FOIA request in writing. A copy of this July 8, 2003 letter to counsel for Plaintiff is attached to this declaration as Exhibit A-1. I have reviewed and provided Exhibit A-1, and I declare that Exhibit A-1 is a true, correct and accurate copy of the original letter, signed by me on July 8, 2003, and sent to counsel for Plaintiff. Exhibit A-1 reflects that it is sent "in further response" to Plaintiff's FOIA request, that the Navy's efforts to locate the document had not been successful, and that if Plaintiff believed an adequate search were not conducted, he was entitled to file an appeal to OJAG's Code 14.

8. In a final effort to locate this document, I contacted the Trial Service Office Northeast this date to determine if they still maintained a copy of the record of trial. However, they do not. An exhaustive search for the missing document ("Enclosure 3 of the UCMJ article 34 pretrial advice dated 2 August 1992, CO, NAVSECSTA ltr 5811 Ser 10/630 of 31 Jul 92") has been completed. All efforts to locate the remaining document have failed.

I swear that the foregoing is true, and make this statement under penalty of perjury pursuant to 28 U.S.C. § 1746.

Signed this 24th day of July, 2003.

LCDR Myles Brooks, USN



PAGE 45/48 * RCVD AT 5/25/04 10:04:51 AM [Pacific Daylight Time] * SVR:SDCS01/1 * DNIS:7071 * CSID: * DURATION (mm-ss):14-24