EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT BASIL MACLEAN III,<br>Plaintiff,<br>v.<br>UNITED STATES NAVY,<br>Defendant. | Case No.: 03cv1359-W (LSP)<br><br>**DECLARATION OF LIEUTENANT COMMANDER MYLES BROOKS, U.S. NAVY** |

**DECLARATION OF LIEUTENANT COMMANDER MYLES BROOKS, U.S. NAVY**

I, Myles Brooks, declare that the following is true and correct to the best of my knowledge:

1. I am a Lieutenant Commander on active duty in the United States Navy. I am currently assigned to the Navy-Marine Corps Appellate Review Activity (Code 40) in the Office of the Judge Advocate General, Washington, D.C., where I serve as the Director of the Administrative Support Division. I am responsible for the handling of all records of trial forwarded by Navy and Marine Corps commands, for review by the Navy-Marine Corps Court of Criminal Appeals.

2. During the week of August 11, 2003, I contacted the Staff Judge Advocate's (SJA) office for the Naval District Washington (NDW) to determine whether the Commandant, NDW or his SJA was in possession of Enclosure 3 ("CO, NAVSECSTA ltr 5811 Ser 10/630 of 31 Jul 92") of the Article 34, Uniform Code of Military Justice, pretrial advice dated August 2, 1992. After searching their files, the SJA and his staff determined that neither the SJA's office nor the Commandant, NDW possesses this document.



PAGE 47/48 * RCVD AT 5/25/04 10:04:51 AM [Pacific Daylight Time] * SVR:SDCS01/1 * DNIS:7071 * CSID: * DURATION (mm-ss):14-24

3. The Navy has conducted an extensive search for Enclosure 3 ("CO, NAVSECSTA ltr 5811 Ser 10/630 of 31 Jul 92") of the Article 34, Uniform Code of Military Justice, pretrial advice dated August 2, 1992. The Navy has not located this document.

I swear that the foregoing is true, and make this statement under penalty of perjury pursuant to 28 U.S.C. § 1746.

Signed this 26th day of August 2003.

M. E. B.
Myles Brooks
Lieutenant Commander
U.S. Navy