IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORBERT BASIL MACLEAN III, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-448C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Defendant respectfully requests the Court to enlarge by 21 days, to and including July 23, 2004, the time within which we may file our reply to plaintiff's response to our motion to dismiss. Our reply is currently due on July 2, 2004. This is the Government's first request for an enlargement of time for this purpose. Counsel for the plaintiff has represented that plaintiff does not oppose this motion.

Defendant's counsel will be unable to meet the current due date, because defendant's counsel will be required to devote his time to several pressing matters, including conducting expert depositions in New Orleans the week of June 28, 2004 in <u>National American Insurance Company v. United States</u>, No. 02-1729C (Fed. Cl.), and preparing a supplemental brief in <u>Ahrens, et. al. v. United States</u>, which is due on June 29, 2004. In addition, defendant's counsel has scheduled annual leave from July 5 through July 14, 2004. Accordingly, the requested enlargement of time is necessary to allow defendant's counsel to prepare a thorough reply, and to obtain supervisory review.

For these reasons, we respectfully request that the Court grant our motion for a 21-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella

JAMES M. KINSELLA
Deputy Director

s/Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. St., N.W.,
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

June 25, 2004

Attorneys for Defendant