# In the United States Court of Federal Claims

**04-0448C**
**(Filed June 30, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **NORBERT BASIL MACLEAN, III.** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

On June 25 2004, Defendant filed an unopposed motion for enlargement of time of 21 days, to and including July 23, 2004, within which to file its reply to Plaintiff's response to Defendant's motion to dismiss. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**