# Exhibit "A"

# HISTORY OF ASSIGNMENTS

**LEGEND:** THE FOLLOWING ABBREVIATIONS WILL BE USED IN GAIN ENTRY & LOSS ENTRY COLUMNS.

**GAINS:**

- ENL -ENLISTED
- REEN -REENLISTED
- EXTENL -EXTENDED ENLISTMENT
- RECACDU -RECALLED TO ACTIVE DUTY
- RECACDUTRA -RECEIVED FOR ACTIVE DUTY FOR TRAINING
- RECDUT -RECEIVED FOR DUTY
- RECTAD -RECEIVED FOR TAD
- RECTD -RECEIVED FOR TEMPORARY DUTY
- RECTEMDUINS -RECEIVED FOR TEMPORARY DUTY UNDER INSTRUCTION
- RECDUINS -RECEIVED FOR DUTY UNDER INSTRUCTION
- RECTADUINS -RECEIVED FOR TEMPORARY ADDITIONAL DUTY UNDER INSTRUCTION
- RECDP -RECEIVED DRILL PAY
- RECNP -RECEIVED NON-PAY
- RECTREAT -RECEIVED FOR TREATMENT
- RECCFO -RECEIVED IN CONNECTION WITH FITTING OUT

**LOSSES:**

- RELACDU -RELEASED FROM ACTIVE DUTY
- RELACDUTRA -RELEASED FROM ACTIVE DUTY FOR TRAINING
- DISCH -DISCHARGED
- TRAN -TRANSFERRED

| 1. TYPE AND DATE OF GAIN ENTRY | 2. ACTIVITY | 3. DUTIES | 4. TYPE AND DATE OF LOSS ENTRY | 5. INITIA |
|---|---|---|---|---|
| ENL 01 NOV 1989 | AFEES | RECRUIT | TRAN 01 NOV 1989 | [initials] |
| RECTEMDUINS 01 NOV 1989 | CRUITRACOM NTC ORLANDO, FL | RECRUIT TRAINING | TRAN 03 JAN 1990 | [initials] |
| RECTEMDUINS 19JAN90 | NTTC PENSACOLA FL CORRY STATION/30922 | OF RATE: SN STUDENT | TRAN 90MAY11 | NJH |
| RECDUT 90JUN01 | COMNAVSECGRU WASHDC PRD:93JUN SHDCD:90JUN | UIC:00069 OF RATE: CTASN ,CTA3 | | JEP |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NAME (Last, First, Middle) | COMPANY NUMBER | SOCIAL SECURITY NO. | BRANCH AND CLA |
|---|---|---|---|
| MACLEAN NORBERT R III | C017 | 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 | USN |

12199406189 0860

ENLISTED PERFORMANCE RECORD

*See BUPERSMAN 5030360

| 1. DATE | 2. REASON | 3. RATE | 4. TRAITS: RATE KNOWLEDGE | RELIABILITY | MILITARY BEARING | PERSONAL BEHAVIOR | DIRECTING | OVERALL EVALUATION | 5. SHIP OR ACTIVITY | 6. INITIALS* |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 NOV 1989 | M | SN | | | DATE OF ENLISTMENT | | | | CRUITRACOM, NTC. ORLANDO, FLA. | SB |
| | M | | | | RECRUIT TRAINING | | | | CRUITRACOM, NTC. ORLANDO, FLA. | |
| 90MAY11 | M | CTASN | DESIGNATED CTASN SEE PG 4 SDS M63 | | | | | | NTTC, PENSACOLA FL | JJH |
| 90MAY11 | T | CTASN | NOB | NOB | 3.8 | NOB | NOB | NOB | NTTC PENSACOLA FL | JJH |
| 90MAY12-90AUG31 | S | CTASN | 3.8 | 3.8 | 4.0 | 4.0 | N.O. | 3.8 | COMNAVSECGRU WASH DC BY PSD NSS WASH DC | IEP |
| 90SEP01-91JAN10 | M/AR | CTASN | 3.8 | 3.6 | 4.0 | 4.0 | NOB | 4.0 | COMNAVSECGRU WASHDC BY PSD NAVSECSTA WASHDC | BT |
| 91JAN10 | M/R | CTASN | RECOMMENDED FOR CTA3 | | | | | | COMNAVSECGRU WASHDC BY PSD NAVSECSTA WASHDC | BT |
| 91APR16 | M/AR | CTA3 | ADVANCED TO CTA3 | | | | | | COMNAVSECGRU BY PERSUPPDET NAVSECSTA, WASHDC | [illegible] |
| 91JAN10 91JUN30 | P | CTA3 | 3.8 | 3.8 | 4.0 | 4.0 | 3.8 | 4.0 | COMNAVSECGRU WASHDC BY PSD NAVSECSTA WASHDC | IEP |
| 91JUN30 | M/R | CTA3 | RECOMMENDED FOR CTA2 | | | | | | COMNAVSECGRU WASHDC BY PSD NAVSECSTA WASHDC | IEP |
| 91DEC03 | M/NJP | CTA3 | NAVPERS 1070/613 | | | | | | COMNAVSECGRU WASHDC BY PSD NAVSECSTA | DT |
| 92JAN24 | RIR | CTASN | (VACATION OF SUSPENSION) NAVPERS 1070/607 & 604 | | | | | | COMNAVSECGRU WASH DC BY PSD NAVSECSTA | BT |
| 92NOV09 | M/AR | CTA3 | PREVIOUS RIR SET ASIDE (NAVPERS 1070/607,604) | | | | | | COMNAVDISTWASHDC BY PSD BETHESDA MD | DMC |
| 92DEC17 | GCM/ RR | CTASR | GENERAL COURT MARTIAL (NAVPERS 1070/607, 604) | | | | | | COMNAVSECGRU WASHDC BY PSD BETHESDA MD | DMC |
| 94AUG29 | SEP | CTASR | FINAL PERFORMANCE MARK AVE: 3.9 | | | | | | NAMALA WASHINGTON DC | DLB |
| 94AUG29 | SEP | CTASR | NOT RECOMMENDED FOR REENLISTMENT | | | | | | NAMALA WASHINGTON DC | DLB |

| NAME (Last First Middle) | COMPANY NUMBER | SOCIAL SECURITY NO. | BRANCH AND CLASS |
|---|---|---|---|
| MACLEA. ROBERT D III | CC17 | 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 | USN |

ENLISTED PERFORMANCE RECORD - NAVPERS 1070/609 (REV. 12/75)

OVPT NETPMSA REV. 9/86

1

PAGE 4/14 * RCVD AT 7/23/04 9:20:33 AM [Pacific Daylight Time] * SVR:SDCS01/1 * DNIS:7071 * CSID: * DURATION (mm-ss):03-44