# Exhibit "B"

# MILPERSMAN 1320-010

## TYPES OF ORDERS

| | | | |
|---|---|---|---|
| **Responsible Office** | NAVPERSCOM (PERS-455) | Phone: DSN<br>COM<br>FAX | 882-4148<br>(901) 874-4148<br>882-2693 |

1. **Change of Duty Orders**. Change of duty orders detaches a member from one duty station and assigns the member to another station. The type of duty from which the member is detached or to which assigned may be either temporary or permanent duty.

a. **Permanent change of station (PCS)** orders involve detachment from one permanent duty station (PDS) and assignment to a new PDS. Periods of temporary duty may be included in orders that assign a new PDS upon completion of the temporary duty.

b. **Temporary duty (TEMDU)** orders involve detachment from one station and assignment to another station or stations for TEMDU pending further assignment to a new PDS or for return to the old permanent station. Members on TEMDU are not attached to any PDS.

2. **Additional Duty Orders (ADDU)**.

a. Additional duty orders assign a member to a duty that member is to perform in addition to and in conjunction with that permanent duty. No travel is authorized by ADDU orders unless specifically stated in the orders.

b. The following types of ADDU orders for officers must be issued only by Navy Personnel Command (NAVPERSCOM):

(1) Any ADDU orders that result in an increase in basic pay or allowances of the officer (e.g., hazardous duty, additional duty in a flying status involving operational or training flights (DIFOPS), or duty that entitles the officer to incentive pay).

(2) Any ADDU orders that would entitle the officer to reimbursement for travel expenses.

(3) Any ADDU orders of a permanent or semi-permanent nature (more than 6 months in duration) to a command other than the officer's parent command where they perform paramount duty.

(4) Any ADDU orders to an officer assigning them to command.

c. Any ADDU orders for officers other than those in the above

four categories may be issued locally at the discretion of the local CO.

3. **Temporary Additional Duty Orders (TEMADD)**

a. Temporary additional duty orders assign a member to TEMDU in addition to present duties, and direct the member upon completion of this TEMADD to resume regular or temporary duty. When travel is involved, one journey away from the member's duty station to one or more places, and a return journey to the duty station are directed in the orders. TEMADD orders automatically expire when the member returns to the duty station from which the individual proceeded on TEMADD unless such return is incident to necessary change of train or plane en route to the next TEMADD station involved in the orders and no unnecessary delay is taken in making such change unless the member returns for personal reasons in a liberty or leave status. Personnel on TEMADD remain attached to the station from which they initially proceeded on TEMADD, as well as being subject to the command of each CO to whom they may report for TEMADD.

b. Competent orders for members attached to nuclear-powered, two-crew submarines undergoing training or rehabilitation (TRAHAB) away from the submarine or its home port will be worded "for temporary additional duty TRAHAB."

c. Verbal or written TEMADD orders which have the effect of making members on active duty a part of the work force of any Federal activity or agency outside the Department of Defense, may be issued only when those assignments have been approved by NAVPERSCOM. This policy is not to be construed to require NAVPERSCOM approval of the following types of TEMADD orders issued by competent authority for members who are

(1) performing TEMADDINS.

(2) participating in athletic events.

(3) serving as escorts for Congressmen, foreign military officers, and other dignitaries.

(4) attending authorized meetings, conferences, and seminars.

(5) performing TEMADD required to meet the Chief of Naval Operations assigned mission of the activity, e.g., liaison between naval research and development laboratories and other federal activities such as the Federal Aviation Administration.

(6) participation in house hunting in conjunction with PCS orders.

(7) issuance of orders for naval personnel to appear in Federal Court as witnesses on behalf of the Federal Government as guided by the provisions of the Judge Advocate General (JAG) Manual.

4. **Repeat Travel Orders.** Repeat travel orders authorize a member to perform, in addition to present duties, such travel from time to time as necessary for a purpose stated in the orders, the travel being from the duty station to (and from) points designated in the orders. Repeat travel orders are issued only by NAVPERSCOM to members in billets that require regular and frequent trips away from their duty stations in the performance of assigned duties.

5. **First Duty Orders.** First duty orders (first set) assign the following to a PDS:

a. Inactive personnel.

b. Persons being newly commissioned from civilian status.

6. **Temporary Active Duty Orders.** Temporary active duty orders (first set) assign inactive members to TEMDU for a limited or specified period of time, and direct, upon completion, release to inactive duty.

7. **Release From Active Duty Orders.** Release from active duty orders or separation orders are any orders that separate members from active duty in the naval service.

8. **Training Duty Orders.** Training duty orders assign Naval Reserve members to training duty.