# Exhibit "C"

REPRODUCED AT GOVERNMENT EXPENSE



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE SECRETARY OF DEFENSE
HAS AWARDED

## THE JOINT SERVICE ACHIEVEMENT MEDAL

TO

P[illegible]TTY OFFICER THIRD CLASS NORBERT B. MACLEAN III, UNITED STATES NAVY

FOR
MERITORIOUS SERVICE
FOR THE ARMED FORCES OF THE UNITED STATES

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 13TH DAY OF MAY 19 92

OFFICE OF THE SECRETARY OF DEFENSE
COMMAND OR OFFICE

SECRETARY OF DEFENSE

# Citation

TO ACCOMPANY THE AWARD OF THE

## Joint Service Achievement Medal

TO

PETTY OFFICER THIRD CLASS NORBERT B. MACLEAN III
UNITED STATES NAVY

Petty Officer Third Class Norbert B. MacLean, United States Navy, distinguished himself by exceptionally meritorious achievement as Administrative Assistant, Special Negotiator, United States, Philippine Base Negotiations, from 24 June 1991 to 6 September 1991. Petty Officer MacLean's exceptional ability to positively interact with the highest levels of government in pursuit of mission accomplishment, coupled with his ability to effectively support a complex interagency endeavor, enabled him to support the President's Special Negotiator. Through his efforts, he was able to temporarily assume administrative support of an office within the Department of State during a period of increased administrative workload that was crucial to the success of the negotiations. Despite minimal experience with a diplomatic endeavor of this kind, he was able to maintain the office's reputation for efficiency within the Department. He pursued one goal, to ensure the Special Negotiator and his team were provided the necessary level of support under difficult circumstances, and succeeded. The distinctive accomplishments of Petty Officer MacLean reflect credit upon himself, the United States Navy, and the Office of the Secretary of Defense.

REPRODUCED AT GOVERNMENT EXPENSE