# Exhibit "D"

United States Department of State

*Washington, D.C. 20520*

September 17, 1991

RADM Isaiah C. Cole
Commander, Naval Security
Group Command
3801 Nebraska Ave. NW
Washington, D.C. 20393-5210

Dear Admiral Cole:

The pursuit of an basing agreement with the Republic of the Philippines has been a difficult and most elusive task. It involved a great deal of effort by all members of the negotiating team, and the intricate and sensitive tasks necessary to conduct an interagency mission of this nature required the highest level of professional competence by all members of the team. During the temporary loss of my Confidential Assistant, a key team member, Petty Officer MacLean was detailed by Naval Security Group Command to assist in managing office administration during this period. His performance was outstanding, and he contributed significantly to the accomplishment of our mission. The following specific examples (which can be used in his evaluation) document his performance and highlight the fine job he did for us:

* The administrative support of my team was an enormously complex endeavor that required exceptional interagency coordination. Petty Officer MacLean found himself faced with responsibility for all aspects of administrative and correspondence control within an entirely new and unfamiliar organization. Not only did he successfully accomplish this transition, with minimal turnover or support from the Department of State, but he maintained the reputation of the Military Base Agreement office for administrative efficiency and competency.

* Petty Officer MacLean assumed total responsibility for supporting the President's Special Negotiator, as well as all other members of the negotiating team. In this role, he managed the Principal's schedule and calendar, as well as all correspondence and administrative support for the office. His performance was exemplary, especially considering his minimal experience with a diplomatic effort of this nature.

* While the negotiating team was absent for ten days travel to Manila, Petty Officer MacLean independently conducted the administrative business of the office, as well as serving as point-of contact in Washington for the Special Negotiator and his delegation.

* Petty Officer MacLean's duties required close contact and liaison with very high ranking officials, including the White House Staff, members of the National Security Council, Secretary of Defense, Chairman of the Joint Chiefs of Staff, U.S. and foreign Ambassadors, and Members of Congress and their staffs.

Throughout his temporary assignment, Petty Officer MacLean displayed a level of maturity and ability far beyond what would be expected of his seniority and experience level. His presence during an especially critical period of increased administrative workload, contributed in large measure, to continued mission accomplishment. My team and I appreciate his dedication and motivation. It was a pleasure to work with him. I realize the burden TDY requests like this cause, and I am most appreciative of the Naval Security Group's support of these negotiations.

Sincerely,

Richard L. Armitage
Special Negotiator for the
Philippine Base Negotiations