# In the United States Court of Federal Claims

**04-0448C**
**(Filed January 10, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**NORBERT BASIL MACLEAN, III.** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**SCHEDULING ORDER**

---

On **January 28, 2005, at 1:30 pm EST**, the Court will hold a telephonic argument on Defendant's motion to dismiss. Specifically, the Court will address Plaintiff's "equitable tolling" and "exhaustion of administrative remedies" arguments. The Court requests that, prior to the argument, Plaintiff provide the Court with a copy of the November 9, 1992, resolution of Plaintiff's Article 138 Complaint, referenced in the May 4, 1993, letter attached to the Complaint at Exhibit S. It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**