DANIEL S. SILVERMAN (Bar No. 137864)
HELLER EHRMAN WHITE & McAULIFFE LLP
4350 La Jolla Village Dr., 7th Floor
San Diego, California 92122-1246
Tel: (858) 450-8400
Fax: (858) 450-8499

Attorneys for Petitioner
NORBERT BASIL MacLEAN III

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORBERT BASIL MacLEAN III,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 04-0448-C<br><br>PROOF OF SERVICE<br><br>Judge: Hon. Mary Ellen Coster Williams |

I, Mary F. Shea, declare that I am over the age of eighteen years and I am not a party to this action. I am employed by Heller Ehrman White & McAuliffe LLP, attorneys of record for Plaintiff NORBERT BASIL MacLEAN III. My business address is 4350 La Jolla Village Drive, 7th Floor, San Diego California. On January 24, 2005 I served the document(s) listed below on the interested parties in this action in the manner indicated below:

**Document(s) Served**:

**Plaintiff's Response to Court's January 10, 2005 Scheduling Order**

**Parties Served:**

Peter D. Keisler, Esq.
David M. Cohen, Director
James Kinsella, Deputy Director
Gerald M. Alexander, Trial Attorney
Commercial Litigation Branch - Civil Div.
U.S. Department of Justice
1100 L Street, NW 8th Floor
Washington, DC 20530

Captain Alexander W. Whitaker
Department of the Navy
Office of the Judge Advocate General
General Litigation Division
1322 Patterson Avenue, SE Suite 3000
Washington Navy Yard, DC 20374

**Manner of Service:**

[ ] **BY MAIL**: I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Diego, California. I caused the document(s) to be sent by mail via United States Postal Service to the party(ies) identified above.

[ ] **BY OVERNIGHT DELIVERY**: I caused the document(s) identified above to be delivered to the above party(ies) via next business day delivery by FED-EX overnight delivery service.

[ ] **BY FACSIMILE**: I caused the document(s) to be sent via facsimile to the parties identified above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), the transmission was reported as complete, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[ x ] **BY ELECTRONIC FILING** I caused the document(s) to be sent via electronic filing in accordance with The United States Court of Federal Claims General Order No. 2003-42 Procedures for Electronic Case Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that this declaration is executed on January 24, 2005, at San Diego, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/Mary F. Shea
Mary F. Shea