# In the United States Court of Federal Claims

**04-0448C**
**(Filed February 1, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**NORBERT BASIL MACLEAN, III.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 28, 2005, the Court held a telephonic argument on Defendant's motion to dismiss. At the argument, Plaintiff informed the Court that it may seek leave to file supplemental briefing on the pending motion, which the Court indicated would be freely granted. On January 31, 2005, Plaintiff advised the Court that it would be filing a supplemental brief on or before **February 4, 2005**. Defendant informed the Court that it would be filing its reply to Plaintiff's supplemental brief on or before **February 25, 2005**. It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**