Receipt # 063270

ORIGINAL

FILED
JUL 2 2005
U.S. COURT OF FEDERAL CLAIMS

ECF

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORBERT BASIL MacLEAN III,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 04-0448-C

**PLAINTIFF'S NOTICE OF APPEAL FROM THE FINAL JUDGMENT; PUBLISHED MEMORANDUM OPINION AND ORDER OF DISMISSAL**

Judge: Hon. Mary Ellen Coster Williams

PLEASE TAKE NOTICE that plaintiff Norbert Basil MacLean III, by and through his undersigned attorneys, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered on July 22, 2005 [Docket # 26] of the published memorandum opinion and order of dismissal filed on July 22, 2005 [Docket # 25].

Dated: July 25, 2005

Respectfully submitted,

HELLER EHRMAN LLP

By [signature]

DANIEL S. SILVERMAN, ESQ.
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Fl.
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

*Attorneys for Plaintiff*
*NORBERT BASIL MACLEAN III*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| NORBERT BASIL MacLEAN III,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | **Case No. 04-448C**<br><br>**PROOF OF SERVICE**<br><br>**Judge: Hon. Mary Ellen Coster Williams** |

I, Mary F. Shea, declare that I am over the age of eighteen years and I am not a party to this action. I am employed by HELLER EHRMAN LLP, attorneys of record for Plaintiff NORBERT BASIL MacLEAN III. My business address is 4350 La Jolla Village Drive, 7th Floor, San Diego California. On July 25, 2005, I served the document(s) listed below on the interested parties in this action in the manner indicated below:

**Document(s) Served:**

1. Plaintiff's Notice of Appeal

**Parties Served:**

Gerald M. Alexander
U.S. Department of Justice
Civil Division – Comm. Litigation Br.
1100 L Street, NW, 8th Floor
Washington, DC 20530

*Attorneys for Defendant*

LCDR Christopher Ludmer, JAGC, USN
General Litigation Division (OJAG Code 14)
Office of the Navy Judge Advocate General
1322 Patterson Avenue, SE, Suite 3000
Washington Navy Yard, DC 20374-5066

*Of Counsel for Defendant*

**Manner of Service:**

[ X ] **BY MAIL**: I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Diego, California. I caused the document(s) to be sent by mail via United States Postal Service to the party(ies) identified above.

[ ] **BY OVERNIGHT DELIVERY**: I caused the document(s) identified above to be delivered to the above party(ies) via next business day delivery by FED-EX overnight delivery service.

[ ] **BY FACSIMILE**: I caused the document(s) to be sent via facsimile to the parties identified above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), the transmission was reported as complete, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that this declaration is executed on 25th day of July, 2005, at San Diego, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Mary Shea

MARY F. SHEA